O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENELAOS SARIDAKIS, an individual, | Case No. CV 14-06279 DDP (Ex) |
| Plaintiff, | **ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK'S MOTION TO DISMISS** |
| v. | |
| JPMORGAN CHASE BANK, a New York corporation; ALBERTELLI LAW PARTNERS CALIFORNIA, PA, a California corporation, | (DOCKET NUMBER 22) |
| Defendants. | |

Presently before the court is Defendant JPMorgan Chase Bank's Motion to Dismiss. Plaintiff, represented by counsel, has not opposed the motion. Accordingly, the court GRANTS Defendant's Motion to Dismiss and adopts the following order.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that

///

"[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The hearing on Defendant's motion was noticed for April 13, 2015. Plaintiff's opposition was therefore due by March 23, 2015. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion. All claims against JPMorgan Chase Bank are DISMISSED.

IT IS SO ORDERED.

Dated: April 1, 2015

DEAN D. PREGERSON
United States District Judge