DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
JENNA D. BLACKMON, CASB No. 294438
jenna.blackmon@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:     (562) 436-2000
Facsimile:      (562) 436-7416

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENELAOS SARIDAKIS, an individual, | Case No. 2:14-cv-06279−DDP (AJWx) |
| Plaintiff, | **JUDGMENT** |
| vs. | NO_JS-6 |
| JPMORGAN CHASE BANK, a New York corporation; ALBERTELLI LAW PARTNERS CALIFORNIA, PA, a California corporation; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

On April 1, 2015, the above entitled court, Honorable Dean D. Pregerson, presiding, issued an order taking the hearing on JPMORGAN CHASE BANK, N.A.'s ("Defendant") Motion to Dismiss MENELAOS SARIDAKIS, an individual's ("Plaintiff") First Amended Complaint off calendar and taking the matter under submission.  On April 1, 2015, the Court issued an order granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend.

///

1  NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that:

2  The Court hereby enters judgment in favor of Defendant JPMORGAN

3 CHASE BANK N.A. and against Plaintiff MENELAOS SARIDAKIS, and

4 DISMISSES this action as to JPMORGAN CHASE BANK N.A. WITH PREJUDICE.

6  **IT IS SO ORDERED.**

11 DATED: April 03, 2015

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

KYL_LB1820993